**1240-14**

# ELECTRONIC RECORD

COA # 02-13-00218-CR          OFFENSE: 22.021

STYLE: Derek Wryan Wilson v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION:          AFFIRM          TRIAL COURT: 372nd District Court

DATE: 08/14/2014          Publish: YES     TC CASE #: 1290837D

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Derek Wryan Wilson v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

____refused____

DATE: _Feb 25, 2015_

JUDGE: _PC_

CCA #: **1240-14**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**